IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| JACOB DOE, <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, *et al.*, <br><br> Defendants. | Civil Action No. 7:19-cv-00249 <br> Judge Elizabeth K. Dillon |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff Jacob Doe moves this Court for leave to proceed under pseudonym. Plaintiff will file contemporaneously a memorandum in support of this motion which is incorporated herein.

DATED:  June 26, 2019

                                                Respectfully Submitted,

                                                By: /s/ Jesse R. Binnall
                                                Jesse R. Binnall, VSB # 79292
                                                HARVEY & BINNALL, PLLC
                                                717 King Street, Suite 300
                                                Alexandria, Virginia 22314
                                                Tel: (703) 888-1943
                                                Fax: (703) 888-1930
                                                jbinnall@harveybinnall.com

                                                Nesenoff & Miltenberg, LLP
                                                Andrew T. Miltenberg
                                                Tara  J. Davis

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
Tel: (212) 736-4500
Fax: (212) 736-2260
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
(Admitted *pro hac vice*)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of June, 2019, I filed the foregoing using the CM/ECF system, which will provide notice to all counsel of record.

By: /s/ Tara J. Davis
Nesenoff & Miltenberg, LLP
Andrew T. Miltenberg
Tara J. Davis
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
Tel: (212) 736-4500
Fax: (212) 736-2260
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
(Admitted *pro hac vice*)

*Counsel for Plaintiff*