IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACOB DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:19-cv-00249 |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | By: Elizabeth K. Dillon |
| AND STATE UNIVERSITY, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion for leave to proceed under a pseudonym (Dkt. No. 33) is GRANTED and defendants' motion to dismiss pursuant to Rule 10(a) (Dkt. No. 14) is DENIED. It is further ORDERED that throughout the entirety of this case, the parties shall:

- Use only the pseudonym "Jacob Doe" to refer to plaintiff;

- Use only the pseudonym "Jenna Roe" to refer to the woman who accused plaintiff in the underlying disciplinary proceedings:

- Redact or move to file under seal all documents and exhibits that use the real names or other identifying information of plaintiff, Jenna Roe, or the witnesses from the investigation; and

- Submit unredacted versions of documents and exhibits to chambers.

1

The clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 18, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge