IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JACOB DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:19-cv-00249 |
| | ) | |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | By: Elizabeth K. Dillon |
| AND STATE UNIVERSITY, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER AND FINAL JUDGMENT**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that defendant Virginia Polytechnic Institute and State University's (Virginia Tech) motion for summary judgment (Dkt. No. 82) is GRANTED and that judgment is entered in favor of Virginia Tech. It is FURTHER ORDERED that Virginia Tech's motion for judgment on the pleadings (Dkt. No. 79) is DENIED and that plaintiff Jacob Doe's motion in limine to exclude expert testimony (Dkt. No. 77) is DISMISSED as MOOT.

The Clerk is directed to STRIKE this matter from the active docket of the court and to provide a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: August 11, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge