FILED: September 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1971
(7:19-cv-00249-EKD-RSB)

_____

JACOB DOE

        Plaintiff - Appellant

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; TIMOTHY DAVID SANDS, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; FRANK SHUSHOK, JR., employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; KATIE POLIDORO, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; ENNIS MCCRERY, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; KYLE ROSE, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; ROHSAAN SETTLE, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; KELLY OAKS, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally; ANGELA SIMMONS, employee of Virginia Polytechnic Institute and State University, sued in his or her official and individual capacity, jointly and severally

        Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
|---|---|
| Originating Case Number | 7:19-cv-00249-EKD-RSB |
| Date notice of appeal filed in originating court: | 09/09/2022 |
| Appellant(s) | Jacob Doe |
| Appellate Case Number | 22-1971 |
| Case Manager | Marcy E. Beall<br>804-916-2702 |